

# Fourth Court of Appeals
## San Antonio, Texas

October 10, 2014

No. 04-14-00689-CV

**IN THE INTEREST OF R.G.III**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-01552
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The trial court terminated appellant Jessica G.'s parental rights in an order signed September 23, 2014. Jessica G.'s notice of appeal was therefore due September 22, 2014, or a motion for extension of time to file the notice of appeal was due fifteen days later on October 7, 2014. *See* TEX. R. APP. P. 26.1, 26.3.

This court received Jessica G.'s pro se notice of appeal on October 1, 2014. The notice is dated September 28 and bears a postmark stamp of September 29. The notice had not been filed in the trial court. The notice states Jessica G. originally sent her notice to the Court of Appeals for the Eleventh District of Texas and had requested the Clerk of that court to forward the notice to this court.

When an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1 but within the fifteen-day grace period provided by rule 26.3 for filing a motion for extension of time, a motion for extension of time is necessarily implied. *See Verburgt v. Dorner*, 959 S.W.2d 615, 615 (1997). However, the appellant must offer a reasonable explanation for failing to file the notice of appeal timely. *See id.*; TEX. R. APP. P. 26.3, 10.5(b)(1)(C); *see also Garcia v. Kastner Farms, Inc.*, 774 S.W.2d 668, 670 (Tex. 1989).

Jessica G.'s notice of appeal was filed in this court within the fifteen-day grace period, and the notice provides a reasonable explanation for the untimely filing. We conclude the notice of appeal was timely filed and retain the appeal on the docket of this court.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of October, 2014.



_____

Keith E. Hottle
Clerk of Court